FILED

JAN 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WALTER OZELL COOPER, SR., | C 09-2526 JSW (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| KATHLEEN DICKERSON, Warden, | Docket No. 7 |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until February 19, 2010, to file the answer to the petition for writ of habeas corpus. If Petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent within thirty (30) days of the date the answer is filed.

IT IS SO ORDERED.

DATED: JAN 14 2010, 2010.

JEFFREY S. WHITE
United States District Judge

Order

*Cooper v. Dickerson*
C 09-2526 JSW (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WALTER O COOPER SR,

    Plaintiff,

v.

KATHLEEN DICKERSON et al,

    Defendant.

Case Number: CV09-02526 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter O. Cooper F26812
California Medical Facility
P.O. Box 2000
1600 California Drive
Vacaville, CA 95696-2000

Dated: January 14, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk